UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JONATHAN GERARD JALBERT,

    Plaintiff,

v.                                  Case No: 5:20-cv-503-GKS-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

As has become normal practice in social security appeals, the Commissioner has filed motions seeking to stay the proceedings because the SSA has not been able to prepare the certified administrative record due to the backlog caused by both the COVID-19 pandemic and rising court filings. The Court previously granted the Commissioner's request for a 90-day stay (Doc. 11), and now, the Commissioner has filed a second motion seeking an additional 90 days. (Doc. 13). While Plaintiff opposes the duration, he has agreed to a 30-day stay.

Upon due consideration, the Commissioner's motion (Doc. 13) is **GRANTED** to the extent that the Commissioner's deadline to file the certified administrative record and answer Plaintiff's complaint is extended until **May 13, 2021**. The Commissioner will not grant any further extensions absent a showing specific to this case as to why an extension is appropriate.

**DONE** and **ORDERED** in Ocala, Florida on March 25, 2021.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties